RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
ALEXANDRIA, LOUISIANA
DATE 8/15/08
BY _____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| LOUIS F. PARSONS,<br>Appellant | CIVIL ACTION<br>NO. CV07-0486 |
| VERSUS | |
| MICHAEL J. ASTRUE, COMMISSIONER<br>OF SOCIAL SECURITY,<br>Appellee | JUDGE JAMES T. TRIMBLE<br>MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the final decision of the Commissioner is VACATED and Parsons' case is REMANDED to the Commissioner for further proceedings in accordance with the views expressed herein.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 15th day of August, 2008.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE