U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - ALEXANDRIA

JAN - 6 2009

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| LOUIS F. PARSONS | CIVIL ACTION NO. 07-0486 |
| VERSUS | DISTRICT JUDGE JAMES T. TRIMBLE, JR. |
| MICHAEL J. ASTRUE, Commissioner | MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the entire record, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that attorney's fees in the amount of $2,103.00 are AWARDED and ORDERED paid.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this _____ day of _____ 2009.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE